**SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff
ANA VENTURA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA VENTURA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>GPG MONTE RETAIL, LLC; DOES 1 to 10,<br><br>　　　　Defendants. | Case No: 8:23-cv-00251 DOC (KESx)<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

**PLEASE TAKE NOTICE** that ANA VENTURA ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses the entire action *with prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

(a) **Voluntary Dismissal.**

　　(1)　*Without a Court Order*. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

　　　　(i)　A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

---
1
NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

None of the Defendants has either answered Plaintiff's Complaint, or filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

DATED: May 15, 2023        SO. CAL. EQUAL ACCESS GROUP

By:  /s/ Jason J. Kim
    Jason J. Kim, Esq.
    Attorneys for Plaintiff

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**